CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAHESH LALA & SHALINI LALA,

               Plaintiffs,

v.

ADT SECURITY SERVICES, INC.,

               Defendant.

Civ. No. 10-2698 (DRD)

**O R D E R**

    This matter having come before the Court on a motion submitted by Defendant, ADT Security Services, Inc. ("ADT"), requesting summary judgment pursuant to Federal Rule of Civil Procedure 56 on the claims asserted against it by Plaintiffs, Mahesh and Shalini Lala; and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the Opinion of even date;

    IT IS on this 24th of November, 2010, hereby ORDERED that ADT's Motion for Summary Judgment is GRANTED and Plaintiffs' claims are DISMISSED in their entirety with prejudice.

                                           s/ Dickinson R. Debevoise
                                           DICKINSON R. DEBEVOISE, U.S.S.D.J.